2021-1113

# United States Court of Appeals for the Federal Circuit

CYBERGENETICS CORP.,

*Plaintiff-Appellant,*

— v. —

INISTITUTE OF ENVIRONMENTAL SCIENCE AND RESEARCH, NICHEVISION, INC.,

*Defendants-Appellees.*

*On Appeal from the United States District Court for the Northern District of Ohio, in Case No. 5:19-cv-01197-SL Honorable Sara Lioi, Judge*

## NOTICE OF WITHDRAWAL OF NON-PRINCIPAL COUNSEL FOR CYBERGENETICS CORP.

MARK M. SUPKO
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500
msupko@crowell.com

*Counsel for Plaintiff-Appellant Cybergenetics Corp.*

Pursuant to Federal Circuit Rule 47.3(c), counsel of record for Plaintiff-Appellant Cybergenetics Corporation ("Cybergenetics") respectfully requests that the appearances of non-principal counsel Siri M. Rao and Pillar R. Stillwater be withdrawn. Ms. Rao is no longer employed by, and is no longer affiliated with, Crowell & Moring LLP, as of August 10, 2021. Ms. Stillwater is no longer employed by, and is no longer affiliated with, Crowell & Moring LLP, as of August 4, 2021. Cybergenetics will continue to be represented by principal counsel Mark M. Supko.

Dated: August 11, 2021

Respectfully submitted,

By: */s/ Mark M. Supko*
Mark M. Supko
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
msupko@crowell.com

*Counsel for Plaintiff-Appellant Cybergenetics Corp.*