NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CYBERGENETICS CORP.,**
*Plaintiff-Appellant*

v.

**INSTITUTE OF ENVIRONMENTAL SCIENCE AND RESEARCH, NICHEVISION, INC.,**
*Defendants-Appellees*

---

2021-1113

---

Appeal from the United States District Court for the Northern District of Ohio in No. 5:19-cv-01197-SL, Judge Sara Lioi.

---

## JUDGMENT

---

MARK MICHAEL SUPKO, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant.

SERGEY VERNYUK, Emerson Thomson Bennett, Akron, OH, argued for defendants-appellees. Also represented by JOHN M. SKERIOTIS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>August 16, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |